United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GREGORIO GARCIA, III, <br> "Plaintiff," | § § § | |
| v. | § § | Civil Action No. 1:22-cv-00107 |
| DIANA ALVAREZ, et al., <br> "Defendants." | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 34). The R&R recommends this Court (1) sua sponte dismiss with prejudice Plaintiff's claims for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); and (2) direct the Clerk of the Court to close this case. Dkt. No. 34 at 5.

Objections were due February 21, 2023. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 14th day of March, 2023.

Rolando Olvera
United States District Judge